1  LISA DARLING-ALDERTON - State Bar No. 221738
   lalderton@wpdslaw.com
2  JEFFREY BURT - State Bar No. 125033
   jburt@wpdslaw.com
3  **WOOLLS PEER DOLLINGER & SCHER**
   A Professional Corporation
4  12401 Wilshire Blvd., Second Floor
   Los Angeles, CA 90025-1089
5  Telephone:  (213) 629-1600
   Facsimile:   (213) 629-1660
6

7  Attorneys for Plaintiff
   PHILADELPHIA INDEMNITY
8  INSURANCE COMPANY

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>         v.<br><br>INEZ PINA, INEZ PINA DBA NEW BEGINNINGS; ADY & CARMELITA SANTOS FAMILY TRUST 2004; ADY SANTOS AS TRUSTEE FOR ADY & CARMELITA SANTOS FAMILY TRUST 2004; LINDA O'RIORDAN; ERIN SPIVAK; DENIS O'RIORDAN and DOES 1-20, inclusive,<br><br>                Defendants. | Case No.: 2:25−CV−01774−TLN−CKD<br>[Hon. Judge Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION** |

    Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff") and defendants Inez Pina, Inez Pina dba New Beginnings and Ady Santos as Trustee for Ady & Carmelita Santos Family Trust 2004 ("Pina Defendants") and Linda O'Riordan, Erin Spivak and Denis O'Riordan ("Underlying Plaintiffs") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

    WHEREAS Plaintiff Philadelphia is an insurance company that has agreed to

defend the Pina Defendants in an underlying lawsuit brought by the Underlying Plaintiffs entitled *Linda O'Riordan, et al. v. County of Sacramento, New Beginnings, Inez Pina et al*., Sacramento County Superior Court case no. 23CV005433 ("Underlying Action"). Philadelphia agreed to defend Pina Defendants in the Underlying Action subject to a reservation of rights including, but not limited to, Philadelphia's right to seek reimbursement of all defense costs and indemnity paid by Philadelphia.

WHEREAS Philadelphia filed the instant insurance coverage action seeking declarations from this Court as to its coverage obligations owed under the insurance policy it issued to Inez Pina dba New Beginnings for the Underlying Action that: (a) no coverage is provided under the CGL coverage; (b) no coverage is provided under the HSOP coverage; and (c) coverage under the Abusive Conduct Liability coverage is limited to the $100,000 each Abusive Conduct sublimit of such coverage.

WHEREAS the Parties have met and conferred and have agreed to a Mediation of both the Underlying Action and the present insurance coverage action before Judge (ret.) Ben Davidian of JAMS, and have agreed to attend a Mediation on December 22, 2025; and

WHEREAS the Parties wish to focus their efforts to resolve both matters without incurring further litigation costs and therefore request a stay of all proceedings and discovery pending the outcome of the Mediation.

NOW, THEREFORE, the Parties through their respective attorneys of record, HEREBY STIPULATE AND REQUEST as follows:

1. This case is stayed in its entirety (including discovery) until January 22, 2025, thirty days after the Mediation;

2. All current filing and discovery deadlines, if any, are vacated; and

3. No later than thirty days after the conclusion of Mediation, the Parties shall file a joint report advising the Court of the status of the case and, if it has not resolved, proposing a case management schedule moving forward.

**IT IS SO STIPULATED.**

DATED: September 16, 2025         WOOLLS PEER DOLLINGER & SCHER
                                  A Professional Corporation


                                   /s/ Jeffrey Burt
                                  ─────────────────────────────
                                  LISA DARLING-ALDERTON
                                  JEFFREY BURT
                                  Attorneys for Philadelphia
                                  PHILADELPHIA INDEMNITY
                                  INSURANCE   COMPANY


DATED: September 16, 2025         WELTY, WEAVER & CURRIE, PC


                                  /S/ Mary P. Derner
                                  ─────────────────────────────
                                  MARY P. DERNER
                                  Attorneys for Inez Pina, Inez Pina dba New
                                  Beginnings and Ady Santos as Trustee for
                                  Ady & Carmelita Santos Family Trust 2004


DATED: September 16, 2025         DEMAS LAW GROUP


                                  /S/ Jacqueline G. Siemens
                                  ─────────────────────────────
                                  JAQUELINE G. SIEMENS
                                  Attorneys for Linda O'Riordan, Erin Spivak
                                  and Denis O'Riordan Erin Spivak and Denis
                                  O'Riordan

# ORDER

Based upon the Parties' Stipulation to Stay Action Pending Mediation, and good cause appearing therefore, the Court ORDERS:

1. This case is stayed in its entirety (including discovery) until January 22, 2026, thirty days after the Mediation;

3.  All current filing and discovery deadlines, if any, are vacated; and

3. No later than thirty days after the conclusion of Mediation, the Parties shall file a joint report advising the Court of the status of the case and, if it has not resolved, proposing a case management schedule moving forward.

**IT IS SO ORDERED.**

Dated:  September 16, 2025

_____
Troy L. Nunley
Chief United States District Judge